# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 23-53082 | JEH | Judge: | John E. Hoffman, Jr. | | | Trustee Name: | David M. Whittaker |
|---|---|---|---|---|---|---|---|---|

Case Name: Cynthia R Mitchell

Date Filed (f) or Converted (c): 09/07/2023 (f)

341(a) Meeting Date: 10/05/2023

For Period Ending: 10/24/2023

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4130 Broadview Court Columbus Oh 43230-0000 Franklin | 224,500.00 | 1.00 | | 0.00 | FA |
| 2. 2020 Acura Tlx Mileage: 24000 | 30,200.00 | 0.00 | | 0.00 | 1.00 |
| 3. Misc. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Misc. | 800.00 | 0.00 | | 0.00 | FA |
| 5. Misc. | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Set | 900.00 | 0.00 | | 0.00 | FA |
| 7. Chase | 400.00 | 0.00 | | 0.00 | FA |
| 8. 401K | 7,200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $266,000.00      $1.00      $0.00      $1.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Report of Meeting of Creditors Held was filed on 10/20/23.  - David Whittaker 10/24/2023

The Notice of Assets was filed on 10/24/23. - David Whittaker 10/24/2023

It appears that there is non-exempt equity in the Debtor's 2020 Acura TLX. The Trustee will file a motion pursuant to 11 USC 362(h) asking the court to not terminate the stay with respect to this vehicle. The Trustee will determine the best method to liquidate the vehicle.
- David Whittaker 10/24/2023

Initial Projected Date of Final Report (TFR): 10/31/2024      Current Projected Date of Final Report (TFR): 10/31/2024

Trustee Signature:      /s/ David M. Whittaker      Date: 10/24/2023

David M. Whittaker
Two Miranova Place
Suite 700
Columbus, OH 43215-5098
(614)340-7431
dwhittaker@isaacwiles.com